UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

KWANE M. DOUGLAS

CRIMINAL ACTION

NO. 13-110-JJB

### RULING AND ORDER

Defendant brings a motion (doc. 50) to modify or correct his sentence relative to a three point enhancement used by this court in calculating his sentence. Defendant bases his motion on an order of the Superior Court of California granting his petition to reduce his prior felony conviction to a misdemeanor. It appears that defendant was convicted on June 5, 2003, by the California court for illegal possession of a controlled substance. It further appears that a Proposition approved by the voters in California authorized him to make his petition for reclassification.

Pretermitting any question of timeliness of the instant motion, the court finds that it fails to provide any valid basis for modification or correction of defendant's sentence in this matter. Pursuant to USSG 4A1.1(a), defendant received three points based upon the length of the state court sentence, i.e. 32 months, not on it's designation as a felony vs. a misdemeanor. The records submitted by defendant do no show a reduction in his state court sentence and therefore fail to support any change to the guideline calculations made by this court. Defendant's reliance on USSG 4A1.2, comment (n.6) is therefore misplaced.

Accordingly, defendant's motion (doc. 50) to modify or correct his sentence is hereby DENIED.

Baton Rouge, Louisiana, this 13th day of December, 2016.

_____
JAMES J. BRADY, DISTRICT JUDGE